In the Matter of CITY OF UTICA, Petitioner, v TOWN OF FRANKFORT et al., Respondents, and TRUSTEES OF MASONIC HALL AND ASYLUM FUND, Doing Business as MASONIC CARE COMMUNITY, Intervenors-Respondents. [853 NYS2d 518]—

Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME WILLIAMS, Appellant. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.

MICHELLE ANDERSON, Appellant, v HOUSE OF GOOD SAMARITAN HOSPITAL, et al., Respondents, et al., Defendants. (Appeal No. 1.) [852 NYS2d 858]—

Present—Scudder, P.J., Hurlbutt, Lunn, Green and Pine, JJ.

RICHARD M. HAUZINGER, Plaintiff, v AURELA G. HAUZINGER, Respondent. CARL R. VAHL, ESQ., Appellant. [853 NYS2d 519]—

Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.

PAUL MULCAIRE et al., Respondents, v BUFFALO STRUCTURAL STEEL CONSTRUCTION CORP., Defendant and CIMINELLI-COWPER CO., INC., et al. Appellants. [853 NYS2d 519]—

Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.

MITCHELL FARNHAM et al., Respondents, v BRIAN J. MEDER et al., Appellants. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.